UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>STEVEN J. HORNE,<br><br>              Debtor(s). | Case No. 14-30124-B-7<br><br>Adversary No. 15-2002 |
| ESPLANADE ENTERPRISES, INC.,<br>and JOSEPH MICELI,<br><br>              Plaintiff(s),<br><br>v.<br><br>STEVEN J. HORNE,<br><br>              Defendant(s). | FILED<br>MAR 28 2016<br>UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA |

**JUDGMENT**

This action came on for hearing before the court, the Honorable Christopher D. Jaime presiding. The issues having been duly tried and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that, on the First Claim for Relief, plaintiffs Esplanade Enterprises, Inc., and Joseph Miceli shall recover of defendant Steven J. Horne the sum of $208,179, which sum is declared to be excepted from discharge pursuant to 11 U.S.C. § 523(a)(4).

IT IS FURTHER ORDERED AND ADJUDGED that, on the Second Claim for Relief, plaintiffs Esplanade Enterprises, Inc., and Joseph Miceli shall recover of defendant Steven J. Horne the sum of

$13,101, which sum is declared to be excepted from discharge pursuant to 11 U.S.C. § 523(a)(6).

IT IS FURTHER ORDERED AND ADJUDGED that, on the Third Claim for Relief, the obligation of defendant Steven J. Horne to plaintiff Joseph Miceli is declared to be discharged.

Dated: March 28, 2016.

_____
UNITED STATES BANKRUPTCY JUDGE

# INSTRUCTIONS TO CLERK OF COURT
## SERVICE LIST

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Raymond L. Sandelman
196 Cohasset Road, Suite 225
Chico CA 95926

Thomas G. Mouzes
555 Capitol Mall Suite 1500
Sacramento CA 95814

Mark Gorton
555 Capitol Mall Suite 1500
Sacramento CA 95814

Steven J. Horne
P. O. Box 195
Chico CA 95927