# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Esplanade Enterprises, Inc. et al v. HORNE | **Case No :** | 14–30124 – B – 7 |
| | | **Adv No :** | 15–02002 – B |
| | | **Date :** | 05/17/2016 |
| | | **Time :** | 09:30 |

| **Matter :** | [63] – Motion/Application For Award of Costs [RLS–4] Filed by Plaintiffs Esplanade Enterprises, Inc., Joseph Miceli (ltrf) |
|---|---|

| **Judge :** | Christopher D. Jaime | **Courtroom Deputy :** | Danielle Mobley |
|---|---|---|---|
| **Department :** | B | **Reporter :** | NOT RECORDED |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

HEARING was:

Chambers to issue an order on the motion. Removed from calendar.